NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WYNDHAM HOTELS AND RESORTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RHONDA & SONS, INC. AND MUNIR CHAUDRY <br><br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No.10-CV-02868 (DMC)(JAD) |

**DENNIS M. CAVANAUGH, U.S.D.J.**:

      This matter comes before the Court upon motion by Rhonda and Sons, Inc. and Munir Chaudry ("Defendants") to set aside default judgment entered by this Court on January 10, 2011, and for leave to file an answer out of time. For the reasons contained herein, Defendant's motion is **denied.** After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

      IT IS on this 1st day of March, 2011;

      **ORDERED** Plaintiff's motion for to set aside default judgment is **denied.**

      S/ Dennis M. Cavanaugh

      Dennis M. Cavanaugh, U.S.D.J.

Original:	Clerk

cc:	All Counsel of Record

	File